UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JILL OSBORNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:19-CV-328-TAV-SKL |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Susan K. Lee on June 16, 2022 [Doc. 44]. In the R&R, Judge Lee recommends that the Court grant plaintiff's unopposed motion for approval of attorney's fees under 42 U.S.C. 406(b) [Doc. 42]. Specifically, she recommends that plaintiff be awarded $14,266.21 in attorney's fees. There have been no timely objections to the R&R, and the Commissioner has filed a notice of no intent to object to the R&R [Doc. 46]. This matter is now ripe for the Court's review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

The Court has carefully reviewed this matter, including the underlying motion, and agrees with the magistrate judge's recommendation, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS AND ADOPTS IN**

**WHOLE** the R&R [Doc. 44]. Plaintiff's motion [Doc. 42] is **GRANTED** and Plaintiff is hereby **AWARDED** $14,266.21 in attorney's fees.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE